JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOLENE XIONG,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FRANK BISIGNANO, Commissioner of Social Security[1],<br><br>　　　　Defendant. | Case No. 1:25-cv-00510-SKO<br><br>**SECOND STIPULATION AND UNOPPOSED MOTION FOR EXTENSION OF TIME; ORDER**<br><br>(Doc. 15) |

　　　　Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Plaintiff shall have a forty-five (45) day extension of time, from September 23, 2025, to November 7, 2025, to file Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　　This is Plaintiff's second request for an extension of time. Good cause exists for the request. After reviewing the Certified Administrative Record, Plaintiff noted that the transcript for the hearing held on June 29, 2023, was missing. The requested extension will allow Defendant to supplement the record and provide Plaintiff sufficient time to fully brief the matter.

　　　　Defendant does not oppose the requested extension. Counsel for Plaintiff apologizes to Defendant and the Court for any inconvenience caused.

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: September 23, 2025    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorneys for Plaintiff

Dated: September 23, 2025    ERIC GRANT
United States Attorney
MATHEW W. PILE
Associate General Counsel
Office of Program Litigation
Social Security Administration

By:  **/s/ Franco L. Becia*
Franco L. Becia
Special Assistant United States Attorney
Attorneys for Defendant
(*As authorized by email on September 23, 2025)

## ORDER

Pursuant to the parties' stipulation and unopposed motion, (Doc. 16), and for good cause shown in light of the incomplete administrative record, (*see* Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that Plaintiff shall have up to and including November 7, 2025, to serve Plaintiff's Motion for Summary Judgment on Defendant. All other dates in the Scheduling Order, (Doc. 5), are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **September 24, 2025**              /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE