ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Program Litigation 1 | Law & Policy
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOLENE SUAB NAG XIONG,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | No. 1:25-cv-00510-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT; ORDER<br><br>(Doc. 20) |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's motion for summary judgment be extended from December 8, 2025 to January 7, 2026.  This is Defendant's first request for an extension.

      The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall file a responsive brief on or before January 7, 2026;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before January 21, 2026).

Respectfully submitted,

DATE: December 1, 2025        */s/ Jonathan Omar Pena* *
Jonathan Omar Pena
Attorney for Plaintiff
(* approved via email on __/25)

ERIC GRANT
United States Attorney

DATE: December 1, 2025   By   *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' second stipulation and unopposed motion (Doc. 20), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS ORDERED that the Commissioner shall have up to and including January 7, 2026, to serve Defendant's Cross-Motion for Summary Judgment on Plaintiff. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **December 2, 2025**              */s/ Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE