ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Head of Program Litigation 1
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
 Program Litigation 1 | Law & Policy
 Social Security Administration
 6401 Security Boulevard
 Baltimore, Maryland 21235
 Telephone: (510) 970-4822
 E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JOLENE XIONG,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 1:25-cv-00510-SKO

STIPULATION AND UNOPPOSED
MOTION FOR VOLUNTARY REMAND
PURSUANT TO SENTENCE FOUR OF 42
U.S.C. § 405(g)

(Doc. 22)

  IT IS HEREBY STIPULATED, by and between the parties, through their undersigned

attorneys, and with the approval of the Court, that the Commissioner of Social Security has

agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).  The

purpose of the remand is to offer Plaintiff a new decision.

  On remand, the Commissioner will offer Plaintiff an opportunity for a hearing; further

develop the record as necessary; and issue a new decision. The parties further request that the

Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against

Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: January 5, 2026                    */s/ Jonathan Omar Pena          \**
                                          (\*as authorized via e-mail on 1/31/25)
                                          JONATHAN OMAR PENA
                                          Attorney for Plaintiff


Dated: January 5, 2026                    ERIC GRANT
                                          United States Attorney

                              By:    */s/ Marcelo Illarmo*
                                     MARCELO ILLARMO
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant




**ORDER**

    Based upon the parties' Stipulation and Unopposed Motion for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and for Entry of Judgment ("Stipulation to Remand"), (Doc. 22), and for cause shown,

    **IT IS HEREBY ORDERED** that the above-captioned action is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four. On remand, the Appeals Council will remand the case to an administrative law judge for a new decision in accordance with the parties' Stipulation to Remand.

    The Clerk of Court shall **ENTER** a final judgment in favor of Plaintiff, and against Defendant, vacating and reversing the final decision of the Commissioner and shall **CLOSE** the case.

IT IS SO ORDERED.

Dated:  __**January 5, 2026**__          ____*/s/ Sheila K. Oberto*____
                                         UNITED STATES MAGISTRATE JUDGE